

**CASE UNSEALED PER ORDER OF COURT**
11/22/19
Andy



FILED
NOV - 7 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN E. SAUNDERS,<br><br>Defendant. | Magistrate Case No.: **19MJ4937**<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. § 2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

On or about July 20, 2017, within the Southern District of California, defendant Brian E. SAUNDERS, did knowingly receive visual depictions, that is, digital and computer images, using any means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

#1 VRC

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Bethany L. Watrous
Homeland Security Investigations

Sworn to me and subscribed in my presence this 7th day of November, 2019.

_____
HONORABLE ALLISON H. GODDARD
United States Magistrate Judge

## STATEMENT OF FACTS

In October of 2018, Homeland Security Investigations (HSI) Fresno, California (CA), along with the Central CA Internet Crimes Against Children (ICAC) Task Force, received information that an individual in Fresno, California (hereinafter "Fresno Individual") had been communicating with numerous minors and receiving sexually explicit images from them. Investigators also received information indicating the Fresno Individual engaged in sexual intercourse on several occasions with these minors. Investigators with HSI Fresno and the Central CA ICAC executed a State search warrant at the Fresno Individual's residence on October 19, 2018. Investigators seized numerous evidence items during the search, including an Ellipsis tablet computer.

On or about November 2, 2018, HSI Fresno forensically examined and reviewed the Ellipsis tablet computer seized from the Fresno Individual's residence, and located communications between the Fresno Individual and an individual subsequently identified as Brian E. SAUNDERS, residing in San Diego, California, within the Southern District of California. Additional review of the communications between SAUNDERS and the Fresno Individual led to the identification of multiple exchanges about the sexual exploitation and molestation of minor-aged females. Furthermore, these communications included the distribution of multiple images of child pornography depicting a minor aged female(s) from the Fresno Individual to SAUNDERS.

On November 6, 2018, an HSI SA in San Diego received from HSI Fresno screen captures of communications between the Fresno Individual and SAUNDERS. The following are excerpts, in summary, of two exchanges between the Fresno Individual and SAUNDERS, regarding the sexual exploitation of minor females, in which the Fresno Individual sent SAUNDERS images of minor females engaged in sexually explicit conduct within the meaning of 18 U.S.C. § 2256.

December 12, 2016:

6:53 PM – SAUNDERS: Anything new with C?

6:56 PM – Fresno Individual: Lots of more explicit sex Talk lately. She wants to get on a video chat site nude. Lol

6:56 PM – SAUNDERS: Ok

6:56 PM – Fresno Individual: Had a fun chat last night that started with…

6:57 PM – SAUNDERS: Sex sex or video sex?

6:57 PM – Fresno Individual: [At this time, the Fresno Individual sent an image depicting the face and upper body of what appears to be a minor-aged female who has a cat near her.]

6:57 PM – SAUNDERS: Nice pussy

6:57 PM – Fresno Individual: That I made a comment about that zipper being to high

6:58 PM – Fresno Individual: [At this time, the Fresno Individual sent an image depicting the face and exposed breasts of the apparent minor-aged female.]

6:58 PM – Fresno Individual: [At this time, Fresno Individual sent three images depicting the exposed vagina of the apparent minor-aged female, one of which depicts the female's hand on or near her exposed vagina.]

6:58 PM – SAUNDERS: Nice

6:58 PM – Fresno Individual: Was fun [smiling emoji]

6:59 PM – SAUNDERS: Looks a little wet

6:59 PM – Fresno Individual: She likes it being seen

<u>July 20, 2017:</u>

10:13 AM – SAUNDERS: If you have a few good C shots of her nether regions, please pass them on.

10:15 AM - Fresno Individual: [At this time, the Fresno Individual sent two images depicting the exposed vagina and/or breasts of an apparent minor-aged female.]

10:15 AM – SAUNDERS: Like that

4

  10:16 AM – Fresno Individual: [At this time, the Fresno Individual sent an image depicting the exposed vagina of the apparent minor-aged female.]

  10:16 AM – SAUNDERS: Ok warning for now

  10:16 AM – Fresno Individual: [At this time, the Fresno Individual sent an image of a nude female seated near a waterfall.]

  10:16 AM – SAUNDERS: I'll text you when clear

  10:17 AM – Fresno Individual: [At this time, the Fresno Individual sent an image depicting a close up of the exposed vagina of an apparent minor-aged female.]

  10:17 AM – Fresno Individual: Okay

  10:20 AM – SAUNDERS: Now that's what I'm talking about! Lol

  10:21 AM – Fresno Individual: I have more

  10:21 AM – Fresno Individual: Lol

  10:21 AM – SAUNDERS: Cool

  10:22 AM – SAUNDERS: If there is one with a little lips open action I might need to take a restroom break. !!!

  10:23 AM – Fresno Individual: [At this time, the Fresno Individual sent an image depicting a close up of the exposed vagina of an apparent minor-aged female.]

  10:24 AM – SAUNDERS: Sorta like that.

  During the course of its investigation of the Fresno Individual, HSI Fresno identified the female depicted in the images sent by the Fresno Individual to SAUNDERS, and referred to as "C," and has confirmed that at the time the images were sent to SAUNDERS by the Fresno Individual, this female was a minor.

  On November 13, 2018, Superior Court Judge Esteban Hernandez signed State of CA, County of San Diego search warrant 58809 for SAUNDERS's residence, located in San Diego, California, within the Southern District of California.

On November 15, 2018, San Diego Police Department (SDPD) Detectives, in coordination with HSI San Diego and HSI Fresno, executed the warrant. SAUNDERS was home at the time. After being advised of and waiving his *Miranda* rights, SAUNDERS agreed to an interview and made statements. SAUNDERS admitted he received hundreds of child pornography images online and via cellular phone, primarily from the Fresno Individual. SAUNDERS also admitted that he received images from the Fresno Individual depicting what he knew to be a minor-aged female, and that he knew the name of this minor-aged female referred to as "C." Furthermore, SAUNDERS admitted he saved some of these images to his laptop computer.

Investigators seized multiple items from SAUNDERS's residence, including a Dell Latitude laptop computer, a Dell Inspiron laptop computer, an Iomega USB (universal serial bus) hard drive, a Seagate USB hard disc drive (HDD), and an Apple iPhone 6 cellular phone. An HSI Computer Forensics Agent (CFA) forensically processed and examined the Dell Latitude laptop computer, the Dell Inspiron laptop computer, the Iomega USB hard drive, the Seagate USB HDD, and the Apple iPhone 6 cellular phone, and discovered files depicting suspected child pornography on each of these devices. Upon completion of forensic processing and examination, the CFA provided the HSI case agent with a forensic analysis output DVD containing the results of his forensic analysis, including the suspected child pornography files.

The HSI SA reviewed the CFA's forensic analysis output DVD and confirmed that each of the previously referenced devices seized from SAUNDERS contained images of child pornography as defined by 18 U.S.C. § 2256. The HSI SA discovered these devices contained thousands of child pornography files in total, including depictions of prepubescent female children engaged in sexually explicit conduct.

The following are two (2) examples, with summarized descriptions and associated file metadata, of child pornography images discovered on the Dell Latitude laptop computer:

//

| File name: | File path: | Summarized description: |
|---|---|---|
| IMG_0487.JPG | NTFS\Users\brian\Documents\work\rt\epic\[C]\IMG_0487.JPG[1] | This image depicts "C" who was nude and seated with her genitals exposed in a lewd and lascivious manner. |
| IMG_0445.JPG | NTFS\Users\brian\Documents\work\rt\epic\[C]\IMG_0445.JPG | This image depicts "C" who was nude and laying down with her legs spread and bent, exposing her genitalia in a lewd and lascivious manner. |

The CFA identified the Dell Latitude laptop computer seized from SAUNDERS contained a Seagate hard drive which stored the child pornography images described above as well as other files determined to depict images of minors engaged in sexually explicit conduct. This Seagate hard drive was manufactured in China and must have been transported and shipped in interstate and foreign commerce. Additionally, based on my training and experience, I know that the Internet is a means and facility of interstate and foreign commerce.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, may cause destruction of evidence, and may have a negative impact on this continuing investigation.

---

[1] The file titles contain the true first name of the minor female previously identified herein as "C." The names are redacted to protect the privacy of that victim.